UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| COLONIAL PIPELINE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-MC-38 |
| | ) | (Phillips/Shirley) |
| JOHN G. MORGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM & ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 5] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Plaintiff Colonial Pipeline Company's Motion to Compel Production of Documents and Things for Inspection and Copying Against Non-Party National Coal Corporation [Doc. 2].

Plaintiff has advised the Court that the civil action from which this discovery dispute arose has been dismissed. Accordingly, Plaintiff Colonial Pipeline Company's Motion to Compel Production of Documents and Things for Inspection and Copying Against Non-Party National Coal Corporation [Doc. 2] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge